The UNITED STATES of America, Appellee, v. NEW YORK FOOTBALL GIANTS, Inc., Helen Mara and Charles Chaplin, Appellants.

No. 135.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1939.

Epstein & Goodman, of New York City (Harry Goodman, and Arthur S. Bruckman, both of New York City, of counsel), for appellants.

John T. Cahill, U. S. Atty., of New York City (Jesse Moss, of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.